**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Tyanna Celeste ROBINSON,**
**Defendant–Appellant.**

No. 09–7372.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 29, 2011.

Decided: April 11, 2011.

Tyanna Celeste Robinson, Appellant pro se. Angela Hewlett Miller, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tyanna Celeste Robinson appeals the district court's order denying her 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States*

*v. Robinson,* No. 1:01–cr–00128–NCT–1 (M.D.N.C. July 15, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*